UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Vinely Alexander Castillo-Norales,

                Petitioner,

      - against -

Kenneth Genalo, et al.,

                Respondents.
_____

26-cv-4182 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the petitioner's petition for a writ of habeas corpus on **Wednesday, May 20, 2026,** at **11:00 a.m.**

Dial-in: 646-453-4442, with access code 67527833#.

Pending a decision on the habeas petition or any amended petition, the petitioner shall not be transferred outside the Southern or Eastern District of New York or the District of New Jersey.

      SO ORDERED.

Dated:    New York, New York
        May 19, 2026

                                John G. Koeltl
                    United States District Judge