**MEISTER SEELIG & SCHUSTER**

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@mss-pllc.com

May 20, 2026

**VIA ECF**

Honorable John G. Koeltl
U.S. District Court
Southern District of New York
500 Pearl St.
Courtroom 14A
New York, NY 10007

     **Re:**   *Castillo-Norales v. Genalo, et al.*, No. 26-cv-04182 (JGK)

Dear Judge Koeltl:

I am *pro bono* counsel for Petitioner Vinely Alexander Castillo-Norales in the above-referenced case. I write to inform the Court that after his petition for a writ of *habeas corpus* was filed yesterday, May 19, 2026, Mr. Castillo-Norales was released from custody by ICE and DHS.

Because Mr. Castillo-Norales has been released from custody, we respectfully submit that the initial telephonic conference scheduled for this morning at 11 a.m. is unnecessary at this stage. We thus respectfully request that the Court cancel the conference accordingly. We have conferred with counsel for Respondents, who consent to this request.

We further respectfully request additional time, until May 26, 2026, to confer with counsel for Respondents, and submit a letter to the Court, regarding any further remedies that may yet be required. Counsel for Respondents consent to this request as well.

              Respectfully submitted,

              /s/ Ilana Haramati
              Ilana Haramati
              Meister Seelig & Schuster PLLC
              125 Park Ave., 7th Floor
              New York, NY 10017
              ih@mss-pllc.com

              *Pro Bono Counsel for Petitioner*
              *Vinely Alexander Castillo-Norales*

cc:    Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED

5/20/26

John G. Koeltl, U.S.D.J.