MSS | MEISTER SEELIG & SCHUSTER

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@mss-pllc.com

May 26, 2026

**VIA ECF**

Honorable John G. Koeltl
U.S. District Court
Southern District of New York
500 Pearl St.
Courtroom 14A
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

5/27/26 John G. Koeltl
John G. Koeltl, U.S.D.J.

**Re: *Castillo-Norales v. Genalo, et al.*, No. 26-cv-04182 (JGK)**

Dear Judge Koeltl:

I am *pro bono* counsel for Petitioner Vinely Alexander Castillo-Norales in the above-referenced case.

Per the Court's May 20, 2026 Order, ECF Doc. 8, since Mr. Castillo-Norales' May 19, 2026 release, we have conferred with counsel for Respondents regarding the additional remedies appropriate at this stage. To ensure that the parties have sufficient time to complete discussions, we respectfully request a brief adjournment, until May 28, 2026, to submit a further letter to the Court regarding the additional remedies that may yet be required while Mr. Castillo-Norales' *habeas corpus* petition remains pending.

Respectfully submitted,

/s/ Ilana Haramati
Ilana Haramati
Meister Seelig & Schuster PLLC
125 Park Ave., 7th Floor
New York, NY 10017
ih@mss-pllc.com

*Pro Bono Counsel for Petitioner*
*Vinely Alexander Castillo-Norales*

cc: Counsel of Record (via ECF)