MSS | MEISTER SEELIG & SCHUSTER

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@mss-pllc.com

May 28, 2026

**VIA ECF**

Honorable John G. Koeltl
U.S. District Court
Southern District of New York
500 Pearl St.
Courtroom 14A
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

5/29/26. John G. Koeltl, U.S.D.J.

**Re: *Castillo-Norales v. Genalo, et al.*, No. 26-cv-04182 (JGK)**

Dear Judge Koeltl:

I am *pro bono* counsel for Petitioner Vinely Alexander Castillo-Norales in the above-referenced case. Per the Court's May 27, 2026 Order, ECF Doc. 10, we have conferred with counsel for Respondents, and respectfully request that the Court order the following additional remedies to return Mr. Castillo-Norales to the *status quo ante*—to his circumstances prior to his summary detention on May 19, 2026:

1. Petitioner should be released under the same conditions in place prior to his detention on May 19, 2026 (*i.e.*, release on his own recognizance and without electronic monitoring). *See, e.g., Osorio v. Francis*, No. 26-cv-01074 (NJC), ECF Doc. 9, at 10 (E.D.N.Y. Feb. 26, 2026) (ordering petitioner's release "without electronic monitoring"). ICE placed an ankle monitor on Mr. Castillo-Norales on May 20, 2026, and we respectfully request that the Court order its removal by no later than June 3, 2026. We have conferred with counsel for Respondents who take no position on this request.

2. Return of Petitioner's identification documents, seized upon his arrest on May 19, 2026, by no later than June 3, 2026. *See id.* (ordering "Respondents must release [the petitioner] with all of his belongings that are in Respondents' possession, including but not limited to all identification cards"). We have conferred with counsel for Respondents who consent to this request.

We further respectfully request that the Court order Respondents to certify compliance with these additional remedies by June 5, 2026.

Respectfully submitted,

/s/ Ilana Haramati
Ilana Haramati

*Pro Bono Counsel for Petitioner*
*Vinely Alexander Castillo-Norales*

cc: Counsel of Record (via ECF)