**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 5, 2026

BY ECF
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Castillo -Norales v. Genalo*, et al.,**
**No. 26 Civ. 4182(JGK)**

Dear Judge Koeltl:

This Office represents Respondents in connection with the above-referenced habeas petition filed by petitioner Vinely Alexander Castillo-Norales ("Petitioner"). I write respectfully pursuant to the Court's May 29, 2026 Order, ECF No. 12, to advise the Court that on June 2, 2026, U.S. Immigration and Customs Enforcement removed the ankle bracelet it had previously placed on Petitioner and returned his passport and birth certificate to him in the presence of his attorney, Allison Cutler.

We thank the Court for considering this submission.

Respectfully,

JAY CLAYTON
United States Attorney

By: */s/ Pierre G. Armand*
PIERRE G. ARMAND
Assistant United States Attorney
Telephone: (212) 637-2724
Email: pierre.armand@usdoj.gov

cc: All Counsel (by ECF)

All relief sought in this case having been granted, the Clerk is requested to close this case. So ordered.

6/5/26 [signature]
U.S.D.J.